In the Matter of MORRIS BERMAN, Appellant, against DONALD H. MEAD, as Mayor of the City of Syracuse, et al., Respondents.—

Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.